JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **LAWRENCE ANTHONY,** ) | CV NO.  12-10734-CJC(AJW) |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| **T. OCHOA, Warden,** ) | |
| ) | |
| Respondent. ) | |
| _____) | |

It is hereby adjudged that petitioner's Ex Post Facto claim be dismissed without prejudice.

Dated: February 28, 2013

_____
Cormac J. Carney
United States District Judge